# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

140489-90 & (62)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HEALTHCALL OF DETROIT, a/k/a JADELLS, INC.,
   Plaintiff-Appellee,

v

           SC: 140489-90
           COA: 286353, 288009
           Oakland CC: 2008-090757-CK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
   Defendant-Appellant.

_____/

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

p0616

               Clerk